## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| William Herbert McCladdie, | ) | |
| | ) | |
| Petitioner, | ) | C.A. No. 6:22-1192-RMG |
| | ) | |
| v. | ) | |
| | ) | |
| Warden of Evans Correctional Institution, | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

This Court denied Petitioner's petition for habeas relief under 28 U.S.C. §2254 (Dkt. No. 44) and construed a subsequent motion for reconsideration under Rule 60(b) as an unauthorized successive §2254 petition and dismissed the motion for lack of jurisdiction. (Dkt. No. 49). Petitioner then moved to reconsider that decision (Dkt. No. 50), and the Court denied relief. (Dkt. No. 51). Petitioner then filed an appeal to the Fourth Circuit.

In an order dated February 29, 2024, the Fourth Circuit directed this Court to dismiss Petitioner's motion to reconsider the Court's order denying Rule 60(b) relief (Dkt. No. 50) as another unauthorized successive petition under §2254, rather than denying the motion to reconsider. (Dkt. No. 59). Consequently, the Court hereby dismisses Petitioner's motion to reconsider (Dkt. No. 50) as a successive and unauthorized §2254 petitioner and directs the Clerk to close the file and allow no further filings from Petitioner regarding this case.

**AND IT IS SO ORDERED**.

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

1

May 1, 2024
Charleston, South Carolina